No. 17–0281/AR. U.S. v. Kaitlin Shave. CCA 20160048. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 30, 2017.

No. 17–0283/NA. U.S. v. Jeffery J. Quichocho. CCA 201500297. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 4, 2017.

No. 17–0284/MC. U.S. v. Victor A. Hurtado. CCA 201500051. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 4, 2017.

No. 17–0285/AR. U.S. v. Gene N. Williams. CCA 20130582. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 4, 2017.

Thursday, March 16, 2017